```
                                FILED
                          U.S. DISTRICT COURT
                         EASTERN DISTRICT OF LA.

                           2023 OCT -6  P 1:04

                            CAROL L. MICHEL  KS
                                 CLERK
```

UNITED STATES DISTRICT COURT       **SEALED**
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **23-227** |
| v. | * | SECTION: **SECT. I MAG. 1** |
| MICHAEL LEWIS | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(8) |
| | * | 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 846 |
| | * | 18 U.S.C. § 924(c) |

* * *

## MOTION AND INCORPORATED MEMORANDUM TO SEAL INDICTMENT

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, to move the Court to seal the indictment in the above-captioned case as well as this motion and order to seal. The indictment relates to an investigation that has been covert, and publication of the indictment or name of the defendant at this time may cause the defendant to flee, destroy evidence, or compromise efforts to locate and arrest him. The government requests that prior to sealing, a certified copy of the indictment be provided to the United States Attorney's Office for the Eastern District of Louisiana.

```
       Fee_____
    V  Process_____
    X  Dktd_____
       CtRmDep_____
       Doc.No._____
```

**WHEREFORE** the government prays that the Court seal the above-captioned indictment as well as this motion and order to seal.

Respectfully,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Mark A. Miller*

MARK A. MILLER (MS 105138)
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3012
Email: Mark.A.Miller@usdoj.gov